IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AUSTIN COOPER, ADC # 078084**                                                             **PLAINTIFF**

**v.**                              **CASE NO. 5:15CV00170-BSM-JJV**

**GRISWOLD, Assistant Nurse**
**Practitioner, Cummins Unit, ADC; et al.**                                              **DEFENDANTS**

## ORDER

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been received. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety. Accordingly, plaintiff's motion for preliminary injunction [Doc. No. 6] is denied.

IT IS THEREFORE ORDERED this 17th day of July 2015.

_____
UNITED STATES DISTRICT JUDGE