**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**AUSTIN COOPER,**                                                **PLAINTIFF**
**ADC # 078084**

**v.**             **CASE NO. 5:15CV00170 BSM-JJV**

**GRISWOLD, Assistant Nurse
Practitioner, Cummins Unit, ADC, et al.**                       **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections thereto have been received. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety.

IT IS THEREFORE ORDERED that:

1. Defendants Rex G. Lay, Ray Hobbs, Chance, T. Moncrief, Murray, Kimberly Snow, Dana Denise Peyton, Robert Scott, Moskovich, Marvin Evans, Jr., Seandria Richardson, Coghill, Correctional Medical Services, Correct Care Solutions, Corizon, Wendy Kelley, Rory Griffen, Gardner, Norman, Laura Morgan, Donna Gail Cecil, Rice, and Crystal Woods are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. Plaintiff's claims which relate to his neurological issues are dismissed as insufficiently related to the allegations which form the basis of this suit.

3. It is certified that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from the order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED this 27th day of August 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE