**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

AUSTIN COOPER, ADC # 078084                                                    PLAINTIFF

v.                                    5:15CV00170-BSM-JJV

GRISWOLD, Assistant Nurse
Practitioner, Cummins Unit, ADC; *et al.*                                      DEFENDANTS

**<u>ORDER</u>**

On July 24, 2015, the Court ordered service for Defendant Wilson.  (Doc. No. 17.)  Those

summons were returned unexecuted.  (Doc. No. 34.)  Plaintiff was directed to provide a full name

for this Defendant, and he identified her as "Shirley Wilson."  (Doc. No. 42.)  Defendants' counsel

has since notified the Court that this Defendant's name is appropriately "Shirley Lubin."

IT IS, THEREFORE, ORDERED that:

1.      The Clerk shall alter the docket to reflect that Defendant "Wilson" is appropriately

"Shirley Lubin."

2.      The Clerk of the Court shall prepare Summons for Defendant Lubin and the United

States Marshal is directed to serve a copy of the Amended Complaint (Doc. No. 13), this Order, and

Summons on her without prepayment of fees and costs or security therefore. Service should be

through Humphries, Odum and Eubanks Law Firm, P.O. Box 20670, White Hall, AR 71612.

DATED this 14th day of September, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE