**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**AUSTIN COOPER,**                                                            **PLAINTIFF**
**ADC # 078084**

**v.**                     **5:15CV00170-BSM-JJV**

**GRISWOLD, Assistant Nurse
Practitioner, Cummins Unit, ADC, et al.**                    **DEFENDANTS**

## **ORDER**

Having carefully considered the proposed findings and partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe, and the remaining record herein, it is concluded that the proposed findings and partial recommended disposition are hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT plaintiff's motion for preliminary injunction (Doc. No. 24) is denied.

IT IS SO ORDERED this 23rd day of September 2015.

_____
UNITED STATES DISTRICT JUDGE