IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AUSTIN COOPER,**                                                                                    **PLAINTIFF**
**ADC # 078084**

v.                                       **5:15CV00170-BSM-JJV**

**GRISWOLD, Assistant Nurse**
**Practitioner, Cummins Unit, ADC; et al.**                                    **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' motion to dismiss [Doc. No. 49] is granted;

   A. Defendants Marie Austin and William Warren are dismissed with prejudice.

   B. Defendant Shirley Lubin is dismissed without prejudice.

2. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 11th day of December 2015.

_____
UNITED STATES DISTRICT JUDGE