IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**AUSTIN COOPER,**                                                               **PLAINTIFF**
ADC # 078084

v.                 **CASE NO. 5:15CV00170 BSM**

**GRISWOLD, Assistant Nurse**
**Practitioner, Cummins Unit, ADC; et al.**                     **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and the plaintiff's objections thereto have been reviewed. After carefully considering these documents and making a *de novo* review of the record, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Austin Cooper's motion for preliminary injunction [Doc. No. 61] is denied.

2. Defendants must provide Cooper with both reasonable access to his medical records and an opportunity to take notes on the materials.

IT IS SO ORDERED this 23rd day of December 2015.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE