**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**AUSTIN COOPER,**                                                           **PLAINTIFF**
**ADC # 078084**

**v.**                         **CASE NO. 5:15CV00170BSM**

**GRISWOLD, Assistant Nurse
Practitioner, Cummins Unit, ADC; et al.**                           **DEFENDANTS**

**ORDER**

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendant Peavy is dismissed without prejudice.

2. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this order would not be taken in good faith

IT IS SO ORDERED this 5th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE