# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**AUSTIN COOPER,**  **PLAINTIFF**
**ADC # 078084**

v.   CASE NO. 5:15CV00170 BSM

**GRISWOLD, Assistant Nurse**
**Practitioner, Cummins Unit, ADC; et al.**   **DEFENDANTS**

## ORDER

The partial recommended disposition submitted by United States Magistrate Judge Joe J. Volpe has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that defendant Troy Moore is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m).

IT IS SO ORDERED this 15th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE