### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**AUSTIN COOPER,**                                                                **PLAINTIFF**
**ADC # 078084**

**v.**                          **CASE NO. 5:15CV00170 BSM**

**GRISWOLD, Assistant Nurse**
**Practitioner, Cummins Unit, ADC; et al.**                                       **DEFENDANTS**

### JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE